**Floyd MERRITT, Appellant,**

**v.**

**The STATE of Texas, Appellee.**

No. 27374.

Court of Criminal Appeals of Texas.

Jan. 26, 1955.

**Robert SONCUYA, Appellant,**

**v.**

**The STATE of Texas, Appellee.**

No. 27379.

Court of Criminal Appeals of Texas.

Jan. 26, 1955.

No attorney on appeal.

Lon Moser, Asst. County Atty., Amarillo, Wesley Dice, State's Atty., Austin, for the State.

## PER CURIAM.

The offense is the unlawful transportation of whiskey and gin in a dry area; the punishment, a fine of $500.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review. The judgment is affirmed.